EDTX UAET (03-2025)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

QUANTEFI CORP.

Plaintiff

v.                                                          Civ. No. 2:26-cv-00377-JRG-RSP

HEWLETT PACKARD ENTERPRISE CO

Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:    Hewlett Packard Enterprise Company

Date Party's answer was originally due:                                          06/02/2026

Date Party's answer is now due (must not exceed 45 days after original due date):    07/17/2026

Date: 05/13/2026                    /s/  Jennifer H. Doan

Full Name: Jennifer H. Doan

State Bar No.: 08809050

Address: 2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503

Phone: 903-255-1000

Fax:

Email: jdoan@haltomdoan.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)